## VINCENT KERRIEL v. STATE (two cases).

Nos. A-2970, A-2971.   Opinion Filed November 2, 1918.

(175 Pac. 625.)

**ABATEMENT OF PROSECUTION—Death of Accused.** After appeals from convictions, and upon the Attorney General's suggestion of appellant's death, it would be ordered that the proceeding abate, with direction to the trial court to enter ·its appropriate orders to that effect.

*Appeals from District Court, Coal County;*
*J. H. Linebaugh, Judge.*

Vincent Kerriel was convicted of manslaughter in the first degree on two separate informations, and from the

judgments he appeals. Ordered that proceedings in error abate, with direction.

*George Trice,* for plaintiff in error.

The Attorney General and *R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Vincent Kerriel, was convicted of manslaughter in the first degree on an information charging that he did kill and murder one A. D. Cogburn, by shooting him with a shotgun, and was sentenced to imprisonment in the state penitentiary for the term of 15 years. He was also convicted of manslaughter in the first degree on an information charging that he did kill and murder N. J. Cogburn, by shooting him with a shotgun, and was sentenced to imprisonment in the state penitentiary for the term of 19 years. From the judgments he appealed, by filing in this court petitions in error with case-mades attached.

Since said appeals were taken, and before the final submission of the causes, suggestion of the death of the plaintiff in error has been made by the Attorney General. It is therefore adjudged and ordered that the proceedings in these causes be abated, with direction to the district court of Coal county to enter its appropriate orders to that effect.